IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01539-PAB-STV

ADVANCED EXTERIORS, INC.,

    Plaintiff,

v.

ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Amended Order [Docket No. 54] of Chief United States District Judge Philip A. Brimmer, entered on August 22, 2022, it is

ORDERED that defendant's Motion to Dismiss Second Amended Complaint and Memorandum of Law in Support [Docket No. 24] is GRANTED.  It is further

ORDERED that plaintiff's claims are DISMISSED with prejudice.  It is further

ORDERED that judgment shall enter in favor of defendant and against plaintiff.  It is further

ORDERED that defendant is awarded its costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is closed.

Dated: August 22, 2022.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
    Deputy Clerk